**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CARL TALLEY<br>CHERYL BROWN TALLEY<br>        Debtor(s) | Case No. 10-13421 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 03/27/2010.

2)  The plan was confirmed on 01/24/2011.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/24/2011, 03/12/2013, 07/30/2013.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 12/27/2011, 09/27/2012.

5)  The case was dismissed on 05/05/2014.

6)  Number of months from filing to last payment: 48.

7)  Number of months case was pending: 53.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $180.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $117,155.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$117,155.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $6,162.26 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$7,662.26** |

Attorney fees paid and disclosed by debtor:      $2,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABF FREIGHT SYSTEM INC | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| ACTIVE BODY CHIROPRACTIC | Unsecured | 650.00 | 650.00 | 650.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 17,415.00 | 18,195.62 | 18,195.62 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 6,175.00 | 6,173.53 | 6,173.53 | 0.00 | 0.00 |
| AROUND THE CLOCK ANSWERING S | Unsecured | 1,160.00 | NA | NA | 0.00 | 0.00 |
| BMW | Unsecured | 5,384.71 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 3,175.00 | 3,802.77 | 3,802.77 | 0.00 | 0.00 |
| CAROL A LEWIS & CO | Unsecured | 3,835.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE CO | Secured | 73,700.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO CURRENCY EXCHANGE | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO DEFENDER | Unsecured | 2,943.60 | NA | NA | 0.00 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Unsecured | 8,860.00 | 6,719.41 | 6,719.41 | 0.00 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Unsecured | NA | 9,779.08 | 9,779.08 | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 15,365.00 | 4,716.61 | 4,716.61 | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | 241.64 | 391.42 | 391.42 | 0.00 | 0.00 |
| EZ ACCESS | Unsecured | 231.32 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 23,161.26 | 18,161.26 | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Secured | 15,000.00 | 38,161.26 | 38,161.26 | 9,700.43 | 3,614.81 |
| GRAINGER | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE PLACE HOMEOWNERS AS | Secured | 1,225.25 | 1,225.25 | 1,225.25 | 845.39 | 0.00 |
| HOME DEPOT | Unsecured | 711.82 | NA | NA | 0.00 | 0.00 |
| HOMEWOOD DISPOSAL SERVICE INC | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | NA | 1,792.49 | 1,792.49 | 0.00 | 0.00 |
| HSBC RETAIL SERVICES | Unsecured | 1,385.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 3,714.00 | 1,758.06 | 1,758.06 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 1,133.81 | 473.00 | 473.00 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 3,790.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 93,398.26 | 2,241.45 | 2,241.45 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 122,911.82 | 122,911.82 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ISAC | Unsecured | 1,814.55 | 857.09 | 857.09 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,630.00 | 1,037.69 | 1,037.69 | 0.00 | 0.00 |
| LYON FINANCIAL SERVICES | Unsecured | 5,384.71 | NA | NA | 0.00 | 0.00 |
| MACYS | Unsecured | 208.35 | NA | NA | 0.00 | 0.00 |
| MARIAN CHMURA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 794.00 | 813.36 | 813.36 | 0.00 | 0.00 |
| MURPHY LOMON & ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 14,825.78 | 14,825.78 | 14,825.78 | 11,194.50 | 1,110.15 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 1,975.00 | 1,972.50 | 1,972.50 | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL PHYSI | Unsecured | 131.25 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL PHYSI | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL PHYSI | Unsecured | 1,465.00 | NA | NA | 0.00 | 0.00 |
| OCELCO | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 177,000.00 | 166,226.48 | 0.00 | 65,065.46 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 27,106.02 | 27,306.02 | 17,962.00 | 0.00 |
| PITNEY BOWES | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 3,625.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 3,575.00 | 3,573.42 | 3,573.42 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 415.00 | 425.34 | 425.34 | 0.00 | 0.00 |
| R H DONNELLEY | Unsecured | 1,240.00 | NA | NA | 0.00 | 0.00 |
| SAVARIA CONCORD | Unsecured | 2,021.50 | NA | NA | 0.00 | 0.00 |
| SIRIUS RADIO | Unsecured | 31.18 | NA | NA | 0.00 | 0.00 |
| SKALETSKY & MANNIS PC | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| STERLING STAIRLIFTS | Unsecured | 6,455.00 | NA | NA | 0.00 | 0.00 |
| TRAVELERS | Unsecured | 6,159.00 | NA | NA | 0.00 | 0.00 |
| UROLOGY SPECIALISTS | Unsecured | NA | 89.00 | 89.00 | 0.00 | 0.00 |
| VISA | Unsecured | 9,620.00 | NA | NA | 0.00 | 0.00 |
| VITAL RECOVERY SERVICE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| VW CREDIT | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $65,065.46 | $0.00 |
| Mortgage Arrearage | $27,306.02 | $17,962.00 | $0.00 |
| Debt Secured by Vehicle | $52,987.04 | $20,894.93 | $4,724.96 |
| All Other Secured | $1,225.25 | $845.39 | $0.00 |
| **TOTAL SECURED:** | **$81,518.31** | **$104,767.78** | **$4,724.96** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,999.51 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$3,999.51** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$184,374.15** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $7,662.26 |
| Disbursements to Creditors | $109,492.74 |
| **TOTAL DISBURSEMENTS** : | **$117,155.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/27/2014

By: /s/ Tom Vaughn

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**